IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, PLAINTIFF : CRIMINAL CASE NUMBER
:
VERSUS : 21-CR-088-1
:
ANTHONY FRANCIS NERO, DEFENDANT :

---

JULY 15, 2021
COURTROOM 5B
PHILADELPHIA, PA 19106

---

BEFORE THE HONORABLE KAREN S. MARSTON, J.

---

STATUS HEARING

APPEARANCES:

JOSH A. DAVISON, ESQUIRE
ASSISTANT UNITED STATES ATTORNEYS
615 CHESTNUT STREET, SUITE 1250
PHILADELPHIA, PA 19106

COUNSEL FOR THE GOVERNMENT

LYNN GLIGOR, RMR
OFFICIAL COURT REPORTER
ROOM 2609 U. S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106
(856)649-4774

PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER, TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

CONTINUED APPEARANCES:

TIMOTHY WOODWARD, SR., ESQUIRE
509 SWEDE STREET
NORRISTOWN, PA 19401

COUNSEL FOR THE DEFENDANT

(CLERK OPENS COURT.)

THE COURT: GOOD AFTERNOON, EVERYONE. PLEASE BE SEATED.

I AM CALLING THE CASE OF UNITED STATES OF AMERICA VERSUS ANTHONY FRANCIS NERO. IT IS CRIMINAL DOCKET NUMBER 21-88.

WILL COUNSEL PLEASE STATE THEIR NAMES FOR THE RECORD.

MR. DAVISON: JOSH DAVISON FOR THE GOVERNMENT. GOOD AFTERNOON, YOUR HONOR.

THE COURT: GOOD AFTERNOON, MR. DAVISON.

MR. WOODWARD: GOOD AFTERNOON, YOUR HONOR. TIMOTHY WOODWARD ON BEHALF OF MR. NERO.

THE COURT: ALL RIGHT. GOOD AFTERNOON TO YOU, AND GOOD AFTERNOON, MR. NERO, HOW ARE YOU?

THE DEFENDANT: GOOD AFTERNOON, YOUR HONOR.

THE COURT: ALL RIGHT. WELL, WE ARE HERE TODAY BECAUSE I FIRST RECEIVED -- WELL, WE COMMUNICATED A WHILE AGO, AND THE REASON WE COMMUNICATED WAS BECAUSE I WANTED TO BE SURE THAT WE CAN GET THIS TRIAL IN JULY, IF WE NEEDED TO, BECAUSE WE HAVE CERTAIN COVID PROTOCOLS THAT WE ARE DEALING WITH AND I KNEW THERE WAS AN OPENING.

THAT BEING THE CASE, AT THAT POINT IN

TIME I HEARD THAT YOU WOULD MOST LIKELY NEED MORE TIME FOR -- AND I MADE IT POSSIBLY -- IF MR. NERO DECIDES HE WANTS A NON-TRIAL DISPOSITION, TO NEGOTIATE THAT. BUT ALSO BECAUSE THERE'S AN EVALUATION THAT NEEDS TO TAKE PLACE.

SO THEN I GOT A MOTION TO CONTINUE FROM THE GOVERNMENT, BUT THE ISSUE FROM THE GOVERNMENT'S POINT OF VIEW, AND IT WAS ALL BASED ON THE -- I THINK IT WAS THE COVID STANDING ORDERS, BUT I DON'T THINK I CAN GRANT THAT GIVEN THAT I CAN GET THIS TRIED IN JULY, IF NEED BE.

BUT I NOW HAVE A MOTION TO CONTINUE FROM THE DEFENDANT, AND I WANT TO BE SURE THAT MR. NERO IS CLEAR ABOUT THAT BECAUSE THERE IS A NEED FOR A PSYCHOLOGICAL EVALUATION, AND IT SOUNDS LIKE RIGHT NOW THERE IS DIFFICULTIES GETTING THAT DONE, IS THAT CORRECT?

MR. WOODWARD: THAT'S CORRECT, YOUR HONOR.

THE COURT: AND THE DIFFICULTIES -- I UNDERSTAND MR. NERO IS IN THE SHU, IS THAT CORRECT?

THE DEFENDANT: THAT'S CORRECT.

THE COURT: ANYBODY WANT TO ELABORATE WHY HE IS IN THE SHU?

THE DEFENDANT: I HAD A DISAGREEMENT WITH

ONE OF THE CORRECTION OFFICERS.

THE COURT: THAT'S NOT A GOOD IDEA.

THE DEFENDANT: THAT'S NOT GOOD.

THE COURT: HOW LONG ARE YOU GOING TO BE IN THE SHU?

THE DEFENDANT: FOR 30 DAYS, STARTING YESTERDAY. SO 29 MORE DAYS.

THE COURT: OKAY. ARE WE UNABLE TO ACTUALLY DO THE EVALUATION WHILE HE IS IN THE SHU?

MR. WOODWARD: DR. DATTILIO, YOUR HONOR, DOES NOT WANT TO DO THE EVALUATION WHILE HE IS IN THE SHU. DR. DATTILIO'S POSITION IS THAT TYPICALLY THE CLIENTS ARE AGITATED, IT'S LOUD, IT'S JUST NOT CONDUCIVE. AND HE NEEDS TO SPEND, AS HE SAYS, ABOUT 7 OR 8 HOURS WITH MR. NERO. SO THAT'S THE DOCTOR. WE ACTUALLY HAD THE EVALUATION SET UP FOR FRIDAY, JULY 9TH.

THE COURT: OKAY. BUT WHERE HE WILL DO THE EVALUATION IS WHERE YOU WOULD MEET WITH HIM IN THAT ROOM WITH -- THE INDIVIDUAL ROOMS, YOU KNOW, IN THE GENERAL AREA?

MR. WOODWARD: YES, TYPICALLY THAT'S WHAT HE DOES.

THE COURT: LIKE IF YOU WANTED TO GO AND VISIT, THEY HAVE THAT BIG ROOM AND THEN THERE IS THE INDIVIDUAL ROOMS, AND THAT'S WHERE HE WILL CONDUCT THE

EVALUATION?

MR. WOODWARD: YES, YOUR HONOR.

THE COURT: I JUST WANTED TO MAKE SURE I AM UNDERSTANDING THAT.

SO HAVE YOU HAD THE TIME TO TALK TO YOUR CLIENT ABOUT HIS SIXTH AMENDMENT RIGHTS?

MR. WOODWARD: I DID, YOUR HONOR. THIS IS THE FIRST TIME THAT I HAVE HAD THE OPPORTUNITY TO TALK TO HIM BECAUSE OF HIS SITUATION AT THE PRISON. I HAD HIM SIGN A WAIVER OF THE SPEEDY TRIAL RIGHTS BEFORE YOUR HONOR WALKED IN THE COURTROOM.

THE COURT: WONDERFUL. DO YOU HAVE THAT?

MR. WOODWARD: I GAVE THAT TO LARA.

THE COURT: I HAVE IT, THANK YOU. IT HELPS TO LOOK AT WHAT PEOPLE PUT ON THE BENCH.

OKAY, GREAT. SO I HAVE BEFORE ME WHAT LOOKS LIKE A WAIVER OF YOUR SPEEDY TRIAL RIGHTS. IT APPEARS TO BE SIGNED BY YOU, MR. NERO, IS THAT CORRECT --

THE DEFENDANT: THAT'S CORRECT.

THE COURT: -- YOUR SIGNATURE. AND ARE YOU THE WITNESS, YOUR ATTORNEY IS THE WITNESS?

MR. WOODWARD: I WAS THE WITNESS, YOUR HONOR.

THE COURT: OKAY. IT'S QUITE A

SIGNATURE.

MR. WOODWARD: ALTHOUGH THE MARSHAL WAS SITTING RIGHT HERE, TOO. BUT I DIDN'T WANT TO ASK HIM TO DO IT.

THE COURT: OKAY. AND IT'S DATED TODAY, THE 15TH. SO IT SPECIFICALLY SAYS THAT YOU HAVE TALKED TO YOUR ATTORNEY CONCERNING THE SPEEDY TRIAL DEADLINES, YOUR RIGHT TO A SPEEDY TRIAL, AND THE SIXTH AMENDMENT OF THE UNITED STATES CONSTITUTION, AND THAT YOU ARE AGREEING TO WAIVE THOSE RIGHTS, AND YOU DO NOT OPPOSE -- ALL RIGHT. YOU DON'T OPPOSE THE GOVERNMENT'S MOTION, BUT AT THIS POINT I AM GOING TO BE DENYING THE GOVERNMENT'S MOTION AND GRANTING YOURS. BECAUSE I NEED THE BASIS FOR THE MOTION, WHICH IS THE PSYCHOLOGICAL EVALUATION AND HIS AGREEMENT. OBVIOUSLY HE WANTS THAT TO HAPPEN.

YOU ARE NOT UNDER THE INFLUENCE OF ANY DRUGS, ALCOHOL OR MEDICATIONS THAT WOULD IMPAIR. I SURE HOPE NOT.

THE DEFENDANT: NO.

THE COURT: ALL RIGHT. NOW, YOU KNOW, TO THE STANDING ORDERS, THERE ARE STANDING ORDERS IN PLACE RELATED TO THE WHOLE COVID SITUATION WHICH IS REFERENCED HERE, SO I GUESS YOUR ATTORNEY HAS ALSO DISCUSSED THOSE WITH YOU, CORRECT?

THE DEFENDANT: CORRECT.

THE COURT: OKAY. THE GOVERNMENT HAS NO OPPOSITION. HOW MUCH TIME DO WE THINK WE NEED TO NOW GET TO -- SO WHAT IS TODAY? SO 14 DAYS FROM YESTERDAY. I MEAN 30 DAYS FROM THE 14TH IS WHAT I AM TRYING TO SAY.

MR. WOODWARD: YOUR HONOR, I BELIEVE I PUT IN MY MOTION AT LEAST 60 DAYS. I AM NOT QUITE SURE HOW LONG IT'S GOING TO TAKE DR. DATTILIO TO GENERATE A REPORT ONCE HE MEETS WITH HIM.

THE COURT: SO HE IS NOT GOING TO -- DO YOU HAVE A NEW TIME SET UP FOR THIS EVALUATION?

MR. WOODWARD: HE DOES NOT HAVE A NEW TIME SET UP. HE WAS WAITING TO SET UP THE TIME WHEN HE HAD SOME IDEA WHEN MR. NERO WAS GOING TO GET OUT OF THE SHU. I NOW KNOW THAT IT'S 30 DAYS FROM YESTERDAY, SO I CAN CALL DR. DATTILIO TODAY AND LET HIM KNOW SO HE CAN SCHEDULE THAT APPOINTMENT.

THE COURT: I THINK I NEED TO GIVE HIM AT LEAST 30 TO 45 DAYS AFTER THAT TO DO HIS EVALUATION.

MR. DAVISON: YES, YOUR HONOR. I MEAN, FROM MY EXPERIENCE THAT WOULD TAKE SOME TIME FOR HIM TO REDUCE THAT TO A REPORT. AND THEN IF NEED BE, IF COUNSEL AND I NEEDED TO GET TOGETHER REGARDING THE FINDINGS OF THAT REPORT, THAT WOULD BE, OF COURSE, ADDITIONAL TIME.

THE COURT: THE GOVERNMENT IS NOT GOING -- I DON'T KNOW EXACTLY WHAT WE ARE TRYING TO UNCOVER IN THIS EVALUATION, BUT IS THE GOVERNMENT THINKING THAT THEY ARE GOING TO NEED TO DO AN EVALUATION SEPARATE AND APART FROM DR. DATTILIO, OR DOES THAT REMAIN TO BE SEEN?

MR. DAVISON: NOT AT THIS TIME.

THE COURT: OKAY. ALL RIGHT. SO MR. NERO, IT'S GOING TO BE IMPORTANT NOT TO HAVE ANY MORE DISAGREEMENTS. ONCE YOU GET OUT OF THE SHU, HOPEFULLY IT WILL BE VERY QUICKLY SET UP FOR YOUR EVALUATION TO TAKE PLACE. AND THEN ONCE WE HAVE THAT AND ALL OF THE ATTORNEYS OBVIOUSLY WILL TALK AND YOU WILL TALK TO YOUR ATTORNEY AS TO HOW YOU WANT TO PROCEED IN THIS CASE. AT THE END OF THE DAY, IT'S TOTALLY YOUR RIGHT TO GO TO TRIAL IF YOU CHOOSE TO DO SO, OR IF YOU DECIDE YOU WANT A NON-TRIAL DISPOSITION, AND YOUR COUNSEL WILL CERTAINLY BE TALKING TO YOU ABOUT THAT, OKAY?

THE DEFENDANT: OKAY.

THE COURT: IS THERE ANYTHING ELSE? I WILL GRANT THE DEFENDANT'S MOTION TO CONTINUE, AND WE WILL GET THAT ON THE DOCKET. AND I WILL PICK A NEW TRIAL DATE, BUT I AM DEFINITELY GOING TO PICK A DATE THAT GIVES ENOUGH TIME FOR THE REPORT FOR YOU ALL TO TALK, OKAY? ANYTHING ELSE?

MR. DAVISON: NO, YOUR HONOR, THANK YOU.

THE COURT: ALL RIGHT.

MR. WOODWARD: NO, YOUR HONOR.

THE COURT: AND MR. NERO, HOW ABOUT FROM YOU?

THE DEFENDANT: NO, YOUR HONOR.

THE COURT: ANY QUESTIONS?

THE DEFENDANT: NO.

THE COURT: ALL RIGHT. THANK YOU-ALL FOR BEING HERE TODAY, AND GOOD LUCK TO EVERYONE.

ALL COUNSEL: THANK YOU, YOUR HONOR.

(COURT ADJOURNED.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

December 22, 2021 Lynn Gligor

DATE OFFICIAL COURT REPORTER

LYNN GLIGOR, RMR.

## 1

**1250** [1] - 1:15
**14** [1] - 8:4
**14TH** [1] - 8:5
**15** [1] - 1:8
**15TH** [1] - 7:6
**19106** [3] - 1:9, 1:15, 1:20
**19401** [1] - 2:3

## 2

**2021** [1] - 1:8
**21-88** [1] - 3:6
**21-CR-088-1** [1] - 1:5
**2609** [1] - 1:19
**29** [1] - 5:7

## 3

**30** [4] - 5:6, 8:5, 8:15, 8:19

## 4

**45** [1] - 8:19

## 5

**509** [1] - 2:2
**5B** [1] - 1:8

## 6

**60** [1] - 8:7
**601** [1] - 1:19
**615** [1] - 1:15

## 7

**7** [1] - 5:14

## 8

**8** [1] - 5:15
**856)649-4774** [1] - 1:20

## 9

**9TH** [1] - 5:16

## A

**ABOUT** [5] - 4:14, 5:14, 6:6, 9:17, 10:3
**ABOVE** [1] - 10:15
**ABOVE-ENTITLED** [1] - 10:15
**ACTUALLY** [2] - 5:9, 5:16
**ADDITIONAL** [1] - 8:25
**ADJOURNED** [1] - 10:11
**AFTER** [1] - 8:19
**AFTERNOON** [7] - 3:2, 3:10, 3:11, 3:12, 3:14, 3:15, 3:16
**AGITATED** [1] - 5:13
**AGO** [1] - 3:20
**AGREEING** [1] - 7:10
**AGREEMENT** [1] - 7:15
**AIDED** [1] - 1:22
**ALCOHOL** [1] - 7:18
**ALL** [12] - 3:14, 3:18, 4:8, 7:11, 7:21, 9:7, 9:11, 9:23, 10:1, 10:8, 10:10
**ALSO** [2] - 4:4, 7:24
**ALTHOUGH** [1] - 7:2
**AM** [6] - 3:4, 6:4, 7:12, 8:5, 8:7, 9:22
**AMENDMENT** [2] - 6:6, 7:8
**AMERICA** [2] - 1:3, 3:5
**AN** [3] - 3:23, 4:4, 9:4
**AND** [31] - 3:15, 3:20, 3:23, 4:2, 4:8, 4:13, 4:15, 4:20, 5:14, 5:23, 5:24, 5:25, 6:21, 7:5, 7:8, 7:9, 7:10, 7:13, 7:15, 8:16, 8:22, 8:23, 9:4, 9:11, 9:12, 9:16, 9:20, 9:21, 10:3, 10:9
**ANTHONY** [2] - 1:6, 3:5
**ANY** [3] - 7:17, 9:8, 10:6
**ANYBODY** [1] - 4:23
**ANYTHING** [2] - 9:19, 9:24
**APART** [1] - 9:5
**APPEARANCES** [2] - 1:13, 2:1
**APPEARS** [1] - 6:18
**APPOINTMENT** [1] - 8:17
**ARE** [12] - 3:15, 3:18, 3:23, 5:4, 5:8, 5:13, 6:21, 7:9, 7:17, 7:22, 9:2, 9:4
**AREA** [1] - 5:20
**AS** [2] - 5:14, 9:13
**ASK** [1] - 7:3
**ASSISTANT** [1] - 1:14
**AT** [8] - 3:25, 6:9, 6:15, 7:12, 8:7, 8:18, 9:6, 9:13
**ATTORNEY** [4] - 6:22, 7:7, 7:24, 9:13
**ATTORNEYS** [2] - 1:14, 9:12

## B

**BASED** [1] - 4:8
**BASIS** [1] - 7:14
**BE** [13] - 3:3, 3:21, 4:11, 4:13, 5:4, 6:18, 7:12, 8:22, 8:24, 9:5, 9:8, 9:10, 9:17
**BECAUSE** [7] - 3:19, 3:20, 3:22, 4:4, 4:14, 6:9, 7:13
**BEFORE** [3] - 1:10, 6:10, 6:16
**BEHALF** [1] - 3:13
**BEING** [2] - 3:25, 10:9
**BELIEVE** [1] - 8:6
**BENCH** [1] - 6:15
**BIG** [1] - 5:24
**BUT** [9] - 4:3, 4:7, 4:9, 4:12, 5:17, 7:3, 7:12, 9:3, 9:22
**BY** [3] - 1:22, 1:22, 6:18

## C

**CALL** [1] - 8:16
**CALLING** [1] - 3:4
**CAN** [5] - 3:21, 4:9, 4:10, 8:16
**CASE** [4] - 1:3, 3:4, 3:25, 9:13
**CERTAIN** [1] - 3:22
**CERTAINLY** [1] - 9:16
**CERTIFY** [1] - 10:13
**CHESTNUT** [1] - 1:15
**CHOOSE** [1] - 9:15
**CLEAR** [1] - 4:14
**CLERK** [1] - 3:1
**CLIENT** [1] - 6:6
**CLIENTS** [1] - 5:13
**COMMUNICATED** [2] - 3:19, 3:20
**COMPUTER** [2] - 1:22, 1:22
**COMPUTER-AIDED** [1] - 1:22
**CONCERNING** [1] - 7:7
**CONDUCIVE** [1] - 5:14
**CONDUCT** [1] - 5:25
**CONSTITUTION** [1] - 7:9
**CONTINUE** [3] - 4:6, 4:12, 9:20
**CONTINUED** [1] - 2:1
**CORRECT** [9] - 4:17, 4:18, 4:21, 4:22, 6:19, 6:20, 7:25, 8:1, 10:13
**CORRECTION** [1] - 5:1
**COUNSEL** [6] - 1:16, 2:4, 3:7, 8:23, 9:16, 10:10
**COURSE** [1] - 8:24
**COURT** [33] - 1:1, 1:18, 3:1, 3:2, 3:11, 3:14, 3:18, 4:20, 4:23, 5:2, 5:4, 5:8, 5:17, 5:23, 6:3, 6:12, 6:14, 6:21, 6:25, 7:5, 7:21, 8:2, 8:10, 8:18, 9:1, 9:7, 9:19, 10:1, 10:3, 10:6, 10:8, 10:11, 10:17
**COURTHOUSE** [1] - 1:19
**COURTROOM** [2] - 1:8, 6:11
**COVID** [3] - 3:22, 4:9, 7:23
**CRIMINAL** [2] - 1:3, 3:5

## D

**DATE** [3] - 9:22, 10:17
**DATED** [1] - 7:5
**DATTILIO** [4] - 5:10, 8:8, 8:16, 9:5
**DATTILIO'S** [1] - 5:12
**DAVISON** [7] - 1:14, 3:9, 3:11, 8:20, 9:6, 9:25
**DAY** [1] - 9:14
**DAYS** [7] - 5:6, 5:7, 8:4, 8:5, 8:7, 8:15, 8:19
**DEADLINES** [1] - 7:7
**DEALING** [1] - 3:23
**DECIDE** [1] - 9:15
**DECIDES** [1] - 4:2
**DEFENDANT** [14] - 1:6, 2:4, 3:16, 4:13, 4:22, 4:25, 5:3, 5:6, 6:20, 7:20, 8:1, 9:18, 10:5, 10:7
**DEFENDANT'S** [1] - 9:20
**DEFINITELY** [1] - 9:22
**DENYING** [1] - 7:12
**DID** [1] - 6:7
**DIDN'T** [1] - 7:3
**DIFFICULTIES** [2] - 4:16, 4:20
**DISAGREEMENT** [1] - 4:25
**DISAGREEMENTS** [1] - 9:9
**DISCUSSED** [1] - 7:24
**DISPOSITION** [2] - 4:3, 9:16
**DISTRICT** [2] - 1:1, 1:2
**DO** [11] - 5:9, 5:11, 5:17, 6:12, 7:4, 7:10, 8:3, 8:10, 8:19, 9:4, 9:15
**DOCKET** [2] - 3:6, 9:21
**DOCTOR** [1] - 5:15
**DOES** [4] - 5:11, 5:22, 8:12, 9:5
**DON'T** [3] - 4:9, 7:11, 9:2
**DONE** [1] - 4:16
**DR** [5] - 5:10, 5:12, 8:8, 8:16, 9:5
**DRUGS** [1] - 7:18

## E

**EASTERN** [1] - 1:2
**ELABORATE** [1] - 4:23
**ELSE** [2] - 9:19, 9:24
**END** [1] - 9:14
**ENOUGH** [1] - 9:23
**ENTITLED** [1] - 10:15
**ESQUIRE** [2] - 1:14, 2:2
**EVALUATION** [13] - 4:4, 4:15, 5:9, 5:11, 5:16, 5:18, 6:1, 7:15, 8:11, 8:19, 9:3, 9:4, 9:10
**EVERYONE** [2] - 3:2, 10:9
**EXACTLY** [1] - 9:2
**EXPERIENCE** [1] - 8:21

## F

**FINDINGS** [1] - 8:24
**FIRST** [2] - 3:19, 6:8
**FOR** [16] - 1:2, 1:16, 2:4, 3:7, 3:9, 4:2, 4:14, 5:6, 5:16, 7:14, 8:11, 8:21, 9:10, 9:23, 10:8

**FOREGOING** [1] - 10:13
**FRANCIS** [2] - 1:6, 3:5
**FRIDAY** [1] - 5:16
**FROM** [10] - 4:6, 4:7, 4:12, 8:4, 8:5, 8:15, 8:21, 9:5, 10:3, 10:14

## G

**GAVE** [1] - 6:13
**GENERAL** [1] - 5:20
**GENERATE** [1] - 8:8
**GET** [7] - 3:21, 4:10, 8:4, 8:14, 8:23, 9:9, 9:21
**GETTING** [1] - 4:16
**GIVE** [1] - 8:18
**GIVEN** [1] - 4:10
**GIVES** [1] - 9:23
**GLIGOR** [2] - 1:18, 10:18
**GO** [2] - 5:23, 9:14
**GOING** [9] - 5:4, 7:12, 8:8, 8:10, 8:14, 9:1, 9:4, 9:8, 9:22
**GOOD** [10] - 3:2, 3:10, 3:11, 3:12, 3:14, 3:15, 3:16, 5:2, 5:3, 10:9
**GOT** [1] - 4:6
**GOVERNMENT** [6] - 1:16, 3:10, 4:7, 8:2, 9:1, 9:3
**GOVERNMENT'S** [3] - 4:7, 7:11, 7:13
**GRANT** [2] - 4:10, 9:20
**GRANTING** [1] - 7:13
**GREAT** [1] - 6:16
**GUESS** [1] - 7:24

## H

**HAD** [6] - 4:25, 5:16, 6:5, 6:8, 6:10, 8:14
**HAPPEN** [1] - 7:16
**HAS** [2] - 7:24, 8:2
**HAVE** [13] - 3:22, 4:12, 5:24, 6:5, 6:8, 6:12, 6:14, 6:16, 7:6, 8:11, 8:12, 9:8, 9:11
**HE** [16] - 4:2, 4:24, 5:9, 5:11, 5:14, 5:17, 5:22, 5:25, 7:15, 8:9, 8:10, 8:12, 8:13, 8:16
**HEARD** [1] - 4:1
**HEARING** [1] - 1:12
**HELPS** [1] - 6:15
**HERE** [4] - 3:18, 7:3, 7:24, 10:9
**HIM** [8] - 5:18, 6:9, 6:10, 7:3, 8:9, 8:16, 8:18, 8:21
**HIS** [4] - 6:6, 6:9, 7:15, 8:19
**HONOR** [15] - 3:10, 3:13, 3:17, 4:19, 5:10, 6:2, 6:7, 6:11, 6:24, 8:6, 8:20, 9:25, 10:2, 10:5, 10:10
**HONORABLE** [1] - 1:10
**HOPE** [1] - 7:19
**HOPEFULLY** [1] - 9:9
**HOURS** [1] - 5:15
**HOW** [6] - 3:15, 5:4, 8:3, 8:8, 9:13, 10:3

## I

**IDEA** [2] - 5:2, 8:14
**IF** [8] - 3:22, 4:2, 4:10, 5:23, 8:22, 9:15
**IMPAIR** [1] - 7:18
**IMPORTANT** [1] - 9:8
**IN** [17] - 1:1, 3:21, 3:25, 4:10, 4:21, 4:24, 5:5, 5:9, 5:11, 5:18, 5:19, 6:11, 7:22, 8:7, 9:2, 9:13, 10:14
**INDIVIDUAL** [2] - 5:19, 5:25
**INFLUENCE** [1] - 7:17
**IS** [25] - 3:5, 4:13, 4:14, 4:16, 4:21, 4:24, 5:9, 5:11, 5:12, 5:18, 5:24, 6:8, 6:18, 6:22, 7:14, 7:23, 8:4, 8:5, 8:10, 9:1, 9:3, 9:19, 10:13
**ISSUE** [1] - 4:7
**IT** [11] - 3:5, 4:2, 4:8, 4:15, 6:14, 6:17, 7:4, 7:6, 9:10
**IT'S** [8] - 5:13, 6:25, 7:5, 8:8, 8:15, 9:8, 9:14

## J

**JOSH** [2] - 1:14, 3:9
**JULY** [4] - 1:8, 3:21, 4:10, 5:16
**JUST** [2] - 5:13, 6:3

## K

**KAREN** [1] - 1:10
**KNEW** [1] - 3:23
**KNOW** [5] - 5:19, 7:21, 8:15, 8:16, 9:2

## L

**LARA** [1] - 6:13
**LEAST** [2] - 8:7, 8:19
**LET** [1] - 8:16
**LIKE** [3] - 4:15, 5:23, 6:17
**LIKELY** [1] - 4:1
**LONG** [2] - 5:4, 8:8
**LOOK** [1] - 6:15
**LOOKS** [1] - 6:17
**LOUD** [1] - 5:13
**LUCK** [1] - 10:9
**LYNN** [2] - 1:18, 10:18

## M

**MADE** [1] - 4:2
**MAKE** [1] - 6:3
**MARKET** [1] - 1:19
**MARSHAL** [1] - 7:2
**MARSTON** [1] - 1:10
**MATTER** [1] - 10:15
**ME** [1] - 6:16
**MEAN** [2] - 8:5, 8:20
**MEDICATIONS** [1] - 7:18
**MEET** [1] - 5:18
**MEETS** [1] - 8:9
**MORE** [3] - 4:1, 5:7, 9:8
**MOST** [1] - 4:1
**MOTION** [7] - 4:6, 4:12, 7:11, 7:13, 7:14, 8:7, 9:20
**MR** [27] - 3:9, 3:11, 3:12, 3:13, 3:15, 4:2, 4:13, 4:18, 4:21, 5:10, 5:15, 5:21, 6:2, 6:7, 6:13, 6:18, 6:23, 7:2, 8:6, 8:12, 8:14, 8:20, 9:6, 9:7, 9:25, 10:2, 10:3
**MUCH** [1] - 8:3
**MY** [2] - 8:7, 8:21

## N

**NAMES** [1] - 3:7
**NEED** [8] - 4:1, 4:11, 4:14, 7:13, 8:3, 8:18, 8:22, 9:4
**NEEDED** [2] - 3:22, 8:23
**NEEDS** [2] - 4:4, 5:14
**NEGOTIATE** [1] - 4:3
**NERO** [11] - 1:6, 3:5, 3:13, 3:15, 4:13, 4:21, 5:15, 6:18, 8:14, 9:8, 10:3
**NEW** [3] - 8:11, 8:12, 9:21
**NIRO** [1] - 4:2
**NO** [6] - 7:20, 8:2, 9:25, 10:2, 10:5, 10:7
**NON** [2] - 4:3, 9:16
**NON-TRIAL** [2] - 4:3, 9:16
**NORRISTOWN** [1] - 2:3
**NOT** [13] - 5:2, 5:3, 5:11, 5:13, 7:10, 7:17, 7:19, 8:7, 8:10, 8:12, 9:1, 9:6, 9:8
**NOW** [5] - 4:12, 4:15, 7:21, 8:3, 8:15
**NUMBER** [2] - 1:3, 3:6

## O

**OBVIOUSLY** [2] - 7:15, 9:12
**OF** [19] - 1:2, 1:3, 3:4, 3:13, 4:8, 5:1, 6:9, 6:10, 6:17, 7:8, 7:17, 8:14, 8:24, 9:9, 9:11, 9:14, 10:14
**OFFICERS** [1] - 5:1
**OFFICIAL** [2] - 1:18, 10:17
**OKAY** [10] - 5:8, 5:17, 6:16, 6:25, 7:5, 8:2, 9:7, 9:17, 9:18, 9:24
**ON** [4] - 3:13, 4:8, 6:15, 9:21
**ONCE** [3] - 8:9, 9:9, 9:11
**ONE** [1] - 5:1
**OPENING** [1] - 3:24
**OPENS** [1] - 3:1
**OPPORTUNITY** [1] - 6:8
**OPPOSE** [2] - 7:10, 7:11
**OPPOSITION** [1] - 8:3
**OR** [4] - 5:15, 7:18, 9:5, 9:15
**ORDERS** [3] - 4:9, 7:22
**OUT** [2] - 8:14, 9:9

## P

**PA** [4] - 1:9, 1:15, 1:20, 2:3
**PENNSYLVANIA** [1] - 1:2
**PEOPLE** [1] - 6:15
**PHILADELPHIA** [3] - 1:9, 1:15, 1:20
**PICK** [2] - 9:21, 9:22
**PLACE** [3] - 4:5, 7:22, 9:11
**PLAINTIFF** [1] - 1:4
**PLEASE** [2] - 3:3, 3:7
**POINT** [3] - 3:25, 4:8, 7:12
**POSITION** [1] - 5:12
**POSSIBLY** [1] - 4:2
**PRISON** [1] - 6:9
**PROCEED** [1] - 9:13
**PROCEEDINGS** [2] - 1:22, 10:14
**PRODUCED** [1] - 1:22
**PROTOCOLS** [1] - 3:22
**PSYCHOLOGICAL** [2] - 4:15, 7:14
**PUT** [2] - 6:15, 8:7

## Q

**QUESTIONS** [1] - 10:6
**QUICKLY** [1] - 9:10
**QUITE** [2] - 6:25, 8:7

## R

**REASON** [1] - 3:20
**RECEIVED** [1] - 3:19
**RECORD** [2] - 3:8, 10:14
**RECORDED** [1] - 1:22
**REDUCE** [1] - 8:22
**REFERENCED** [1] - 7:23
**REGARDING** [1] - 8:23
**RELATED** [1] - 7:23
**REMAIN** [1] - 9:5
**REPORT** [4] - 8:9, 8:22, 8:24, 9:23
**REPORTER** [2] - 1:18, 10:17
**RIGHT** [11] - 3:14, 3:18, 4:15, 7:3, 7:8, 7:11, 7:21, 9:7, 9:14, 10:1, 10:8
**RIGHTS** [4] - 6:6, 6:10, 6:17, 7:10
**RMR** [2] - 1:18, 10:18

**ROOM** [3] - 1:19, 5:19, 5:24
**ROOMS** [2] - 5:19, 5:25

## S

**SAY** [1] - 8:5
**SAYS** [2] - 5:14, 7:6
**SCHEDULE** [1] - 8:17
**SEATED** [1] - 3:3
**SEEN** [1] - 9:5
**SEPARATE** [1] - 9:4
**SET** [5] - 5:16, 8:11, 8:13, 9:10
**SHU** [7] - 4:21, 4:24, 5:5, 5:9, 5:12, 8:15, 9:9
**SIGN** [1] - 6:10
**SIGNATURE** [2] - 6:21, 7:1
**SIGNED** [1] - 6:18
**SITTING** [1] - 7:3
**SITUATION** [2] - 6:9, 7:23
**SIXTH** [2] - 6:6, 7:8
**SO** [14] - 4:6, 5:7, 5:15, 6:5, 6:16, 7:6, 7:24, 8:4, 8:10, 8:15, 8:16, 9:7, 9:15
**SOME** [2] - 8:14, 8:21
**SOUNDS** [1] - 4:15
**SPECIFICALLY** [1] - 7:6
**SPEEDY** [4] - 6:10, 6:17, 7:7, 7:8
**SPEND** [1] - 5:14
**SR** [1] - 2:2
**STANDING** [3] - 4:9, 7:22
**STARTING** [1] - 5:6
**STATE** [1] - 3:7
**STATES** [5] - 1:1, 1:3, 1:14, 3:4, 7:9
**STATUS** [1] - 1:12
**STENOTYPE** [1] - 1:22
**STENOTYPE-COMPUTER** [1] - 1:22
**STREET** [3] - 1:15, 1:19, 2:2
**SUITE** [1] - 1:15
**SURE** [5] - 3:21, 4:13, 6:3, 7:18, 8:7
**SWEDE** [1] - 2:2

## T

**TAKE** [4] - 4:4, 8:8, 8:21, 9:11
**TALK** [5] - 6:5, 6:9, 9:12, 9:24
**TALKED** [1] - 7:6
**TALKING** [1] - 9:17
**THANK** [4] - 6:14, 9:25, 10:8, 10:10
**THAT** [40] - 3:21, 3:23, 3:25, 4:1, 4:3, 4:4, 4:10, 4:13, 4:14, 4:16, 4:21, 5:12, 5:18, 5:24, 6:4, 6:8, 6:12, 6:13, 6:18, 7:6, 7:9, 7:15, 7:18, 8:15, 8:17, 8:19, 8:21, 8:22, 8:24, 9:3, 9:5, 9:11, 9:17, 9:21, 9:23, 10:13
**THAT'S** [8] - 4:18, 4:22, 5:2, 5:3, 5:15, 5:21, 5:25, 6:20
**THE** [112] - 1:1, 1:2, 1:10, 1:16, 2:4, 3:2, 3:4, 3:8, 3:9, 3:11, 3:14, 3:16, 3:18, 3:20, 3:25, 4:7, 4:8, 4:9, 4:13, 4:20, 4:21, 4:22, 4:23, 4:24, 4:25, 5:1, 5:2, 5:3, 5:4, 5:5, 5:6, 5:8, 5:9, 5:11, 5:12, 5:15, 5:16, 5:17, 5:18, 5:19, 5:23, 5:24, 5:25, 6:3, 6:5, 6:8, 6:9, 6:10, 6:11, 6:12, 6:14, 6:15, 6:20, 6:21, 6:22, 6:23, 6:25, 7:2, 7:5, 7:6, 7:7, 7:8, 7:9, 7:11, 7:12, 7:14, 7:17, 7:20, 7:21, 7:22, 7:23, 8:1, 8:2, 8:5, 8:10, 8:13, 8:14, 8:18, 8:23, 9:1, 9:3, 9:7, 9:9, 9:11, 9:14, 9:18, 9:19, 9:20, 9:21, 9:23, 10:1, 10:3, 10:5, 10:6, 10:7, 10:8, 10:13, 10:14
**THEIR** [1] - 3:7
**THEN** [4] - 4:6, 5:24, 8:22, 9:11
**THERE** [6] - 3:23, 4:14, 4:16, 5:24, 7:22, 9:19
**THERE'S** [1] - 4:4
**THEY** [2] - 5:24, 9:4
**THINK** [4] - 4:8, 4:9, 8:3, 8:18
**THINKING** [1] - 9:3
**THIS** [8] - 3:21, 4:10, 6:7, 7:12, 8:11, 9:3, 9:6, 9:13
**THOSE** [2] - 7:10, 7:24
**TIME** [12] - 4:1, 6:5, 6:8, 8:3, 8:11, 8:13, 8:21, 8:25, 9:6, 9:23
**TIMOTHY** [2] - 2:2, 3:13
**TO** [63] - 3:14, 3:21, 3:22, 4:3, 4:4, 4:6, 4:12, 4:13, 4:23, 5:4, 5:8, 5:11, 5:14, 5:23, 6:3, 6:5, 6:8, 6:9, 6:13, 6:15, 6:18, 7:3, 7:4, 7:7, 7:8, 7:10, 7:12, 7:16, 7:21, 7:23, 8:3, 8:4, 8:5, 8:8, 8:10, 8:13, 8:14, 8:18, 8:19, 8:21, 8:22, 8:23, 9:2, 9:4, 9:5, 9:8, 9:10, 9:12, 9:13, 9:14, 9:15, 9:17, 9:20, 9:22, 9:23, 10:9
**TODAY** [5] - 3:19, 7:5, 8:4, 8:16, 10:9
**TOGETHER** [1] - 8:23
**TOO** [1] - 7:3
**TOTALLY** [1] - 9:14
**TRANSCRIPT** [2] - 1:22, 10:14
**TRANSCRIPTION** [1] - 1:22
**TRIAL** [9] - 3:21, 4:3, 6:10, 6:17, 7:7, 7:8, 9:15, 9:16, 9:22
**TRIED** [1] - 4:10
**TRYING** [2] - 8:5, 9:2
**TYPICALLY** [2] - 5:12, 5:21

## U

**UNABLE** [1] - 5:8
**UNCOVER** [1] - 9:2
**UNDER** [1] - 7:17
**UNDERSTAND** [1] - 4:21
**UNDERSTANDING** [1] - 6:4
**UNITED** [5] - 1:1, 1:3, 1:14, 3:4, 7:9
**UP** [5] - 5:16, 8:11, 8:13, 9:10

## V

**VERSUS** [2] - 1:5, 3:5
**VERY** [1] - 9:10
**VIEW** [1] - 4:8
**VISIT** [1] - 5:24

## W

**WAITING** [1] - 8:13
**WAIVE** [1] - 7:10
**WAIVER** [2] - 6:10, 6:17
**WALKED** [1] - 6:11
**WANT** [6] - 4:13, 4:23, 5:11, 7:3, 9:13, 9:15
**WANTED** [3] - 3:21, 5:23, 6:3
**WANTS** [2] - 4:3, 7:15
**WAS** [8] - 3:20, 3:23, 4:8, 4:9, 6:23, 7:2, 8:13, 8:14
**WE** [14] - 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 5:8, 5:15, 8:3, 9:2, 9:11, 9:20
**WELL** [2] - 3:18, 3:19
**WHAT** [6] - 5:21, 6:15, 6:16, 8:4, 8:5, 9:2
**WHEN** [2] - 8:13, 8:14
**WHERE** [3] - 5:17, 5:18, 5:25
**WHICH** [2] - 7:14, 7:23
**WHILE** [3] - 3:20, 5:9, 5:11
**WHOLE** [1] - 7:23
**WHY** [1] - 4:23
**WILL** [10] - 3:7, 5:17, 5:25, 9:10, 9:12, 9:16, 9:20, 9:21
**WITH** [7] - 3:23, 4:25, 5:15, 5:18, 5:19, 7:25, 8:9
**WITNESS** [3] - 6:22, 6:23
**WONDERFUL** [1] - 6:12
**WOODWARD** [14] - 2:2, 3:12, 3:13, 4:18, 5:10, 5:21, 6:2, 6:7, 6:13, 6:23, 7:2, 8:6, 8:12, 10:2
**WOULD** [5] - 4:1, 5:18, 7:18, 8:21, 8:24

## Y

**YES** [3] - 5:21, 6:2, 8:20
**YESTERDAY** [3] - 5:7, 8:4, 8:15
**YOU** [32] - 3:15, 4:1, 5:4, 5:18, 5:19, 5:23, 6:5, 6:12, 6:14, 6:18, 6:22, 7:6, 7:9, 7:10, 7:11, 7:17, 7:21, 7:25, 8:11, 9:9, 9:12, 9:13, 9:15, 9:17, 9:23, 9:25, 10:4, 10:8, 10:10
**YOU-ALL** [1] - 10:8
**YOUR** [26] - 3:10, 3:12, 3:16, 4:18, 5:10, 6:2, 6:5, 6:7, 6:11, 6:17, 6:21, 6:22, 6:23, 7:7, 7:8, 7:24, 8:6, 8:20, 9:10, 9:12, 9:14, 9:16, 9:25, 10:2, 10:5, 10:10
**YOURS** [1] - 7:13